FILED
CLERK, U.S. DISTRICT COURT

NOV - 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

Robert Tico Molina
FULL NAME

COMMITTED NAME (if different) 20 bot 3535
C-R-C Norco Ca 92860
FULL ADDRESS INCLUDING NAME OF INSTITUTION

BN1245
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Robert T Molina

PLAINTIFF,

Upland Police Dept-
Paul Song   v. Stephen Deitsch
City Atty

DEFENDANT(S).

CASE NUMBER

**5:21-CV-01911-RGK-PVC**

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
Plaintiff _____
_____
_____

Defendants _____
_____

b.  Court _____
_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f.  Issues raised: _____
_____
_____
_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☑ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☑ No

If your answer is no, explain why not _____
_____
_____

3.  Is the grievance procedure completed? ☐ Yes  ☑ No

If your answer is no, explain why not _____
_____

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Robert T Molina
                                                         (print plaintiff's name)
who presently resides at 3535, PO-bot C.R.C Norco Ca 92860 ,
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_____ Guest House Motel In upland, CA _____
                    (institution/city where violation occurred)

4.  Defendant _____ resides or works at
    _____
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

THE FOURTH AMENDMENT HAS BEEN VIOLATED by using excessive force to effectuate the arrest.

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

THERE WAS NO NEED FOR THE USE OF FORCE. THE APPELLANT DID NOT POSE A THREAT TOWARD THE OFFICER. THE APPELLANT WAS FACING AWAY FROM THE OFFICER WITH HIS HANDS RAISED, AND ASKED TO BE HANDCUFFED. THE APPELLANT DID NOT ENGAGE THE OFFICER PHYSICALLY. THE APPELLANT DID NOT ATTEMPT TO FLEE THE SCENE OR RESIST ARREST. THERE WAS NO REASON TO USE THE POLICE BATON. OFFICER SONG USED EXCESSIVE FORCE. PETITIONER IS* on video not resisting arrest.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

I believe that I am entitled to the following specific relief:

I would like injunctive relief to be
issued towards the Upland Police
Dept. I would also like punitive
and monetary damages of
400.000

10-27-21

_____
(Date)

_____
(Signature of Plaintiff)

ROBERT MOLINA
AV1245 205, 50c
K.C.
P.O. BOX 3535
NORCO CA 92860

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV - 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:                          DEPUTY

9001284725 C004

ATTENTION: PRISONER MAIL

C.R.C.
STATE PRISON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET ROOM G-8
LOS ANGELES, CALIFORNIA 90012

FOREVER
USA
Barn Swallow



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CO...

© USPS 2016

C/o SVAREE

7/4/21