# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 21-1911 RGK (PVC)                                   Date:  March 9, 2022

Title      Robert T. Molina v. Upland Police Dept., et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 27, 2021, Plaintiff Robert T. Molina, a California state prisoner proceeding *pro se*, constructively filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ("Complaint," Dkt. No. 1). In the Complaint, Plaintiff appeared to be attempting to allege that an Upland Police Department officer applied excessive force during the course of his arrest. (*Id*. at 4). On January 28, 2022, the Court issued an Order Dismissing Complaint with Leave to Amend due to the Complaint's various pleading defects. ("ODLA," Dkt. No. 8).

Pursuant to the ODLA, Plaintiff was required to file either an amended complaint or a notice of intention to stand on defective complaint by February 28, 2022 if he still wished to pursue this action. (*See id*. at 11). The Court expressly warned Plaintiff that the failure to file either an amended complaint or a notice of intention to stand on defective complaint by the Court's deadline would result in a recommendation that this action be dismissed with prejudice for failure to prosecute. (*See id*. at 13). The deadline

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 21-1911 RGK (PVC)                                Date:  March 9, 2022

Title          Robert T. Molina v. Upland Police Dept., et al.

has expired and Plaintiff has failed to file either document; nor has he requested an extension of time in which to do so.

  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute and obey Court orders. Plaintiff may discharge this Order by filing either:  (1) a First Amended Complaint, curing the deficiencies of the initial Complaint; (2) a Notice of Intention to Stand on Defective Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

  If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

  The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

  IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| Initials of Preparer | mr |