1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    ROBERT T. MOLINA,

12               Plaintiff,

13       v.

14    UPLAND POLICE DEPT., et al.,

15              Defendants.

Case No. EDCV 21-1911 RGK (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

16
17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-

18 captioned matter, all the records and files herein, and the Report and Recommendation of

19 the United States Magistrate Judge.  The time for filing Objections to the Report and

20 Recommendation has passed and no Objections have been received.  Accordingly, the

21 Court accepts and adopts the findings, conclusions and recommendations of the

22 Magistrate Judge.

23 ///

24 ///

25 ///

26
27
28

1    IT IS ORDERED that Judgment shall be entered dismissing this action with

2    prejudice.

3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

4    Judgment herein on Plaintiff at his current address of record.

5

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7    DATED: May 9, 2022

8    _____

9    R. GARY KLAUSNER
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28