JS-6

1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11    ROBERT T. MOLINA,                          Case No. EDCV 21-1911 RGK (PVC)

12                     Plaintiff,

13          v.                                    **JUDGMENT**

14    UPLAND POLICE DEPT., et al.,

15                     Defendants.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions and

18    Recommendations of United States Magistrate Judge,

19

20          IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with

21    prejudice.

22

23    Dated:  May 9, 2022

24                                                _____

25                                                R. GARY KLAUSNER
                                                  UNITED STATES DISTRICT JUDGE

26

27

28